IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ATAIN SPECIALTY INSURANCE )
COMPANY, )
 )
    Plaintiff, )
 )  CASE NO. CV414-112
v. )
 )
DEB'S PUB & GRUB, INC.; GASTON )
PROPERTIES, LLC; GASTON ON )
NORWOOD, LLC; GASTON ON )
MERCER, LLC; SARA DELANE REESE )
AND JAMES W. FRANKLIN, )
individually; and SARA DELANE )
REESE AND JAMES W. FRANKLIN, )
as administrators of the )
Estate of William Wesley )
Franklin, deceased; )
 )
    Defendants. )
 )

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 48.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the parties by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and all parties shall bear their own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of February 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA